**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA HALLOUM, individually and on behalf of all others similarly situated, | Case No. 3:25-cv-04460-EMC |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | Judge: Hon. Edward Chen |
| CLASSPASS USA LLC, | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

      Plaintiff Lena Halloum voluntarily dismisses her claims with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 18, 2025                        Respectfully submitted,

                                               **BURSOR & FISHER, P.A.**

                                               By:    /s/ *Philip L. Fraietta*

                                               Philip L. Fraietta (State Bar No. 354768)
                                               1330 Avenue of the Americas, 32nd Floor
                                               New York, NY 10019
                                               Telephone: (646) 837-7150
                                               Facsimile: (212) 989-9163
                                               E-Mail:  pfraietta@bursor.com

                                               **BURSOR & FISHER, P.A.**
                                               Stefan Bogdanovich (State Bar No. 324525)
                                               1990 North California Blvd., 9th Floor
                                               Walnut Creek, CA 94596
                                               Telephone: (925) 300-4455
                                               Facsimile: (925) 407-2700
                                               E-mail: sbogdanovich@bursor.com

                                               *Attorneys for Plaintiff*